IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STACY M. T.,

    **Plaintiff,**

    v.                                                                          Civil Action No. 3:19cv101

ANDREW M. SAUL,
Commissioner of Social Security,

    **Defendant.**

## **FINAL ORDER**

This matter comes before the Court on the July 20, 2020 Report and Recommendation (the "R&R") issued by the Honorable Elizabeth W. Hanes, United States Magistrate Judge. (ECF No. 10.) The R&R recommends that, because substantial evidence supports the conclusions of the Administrative Law Judge ("ALJ"), the ALJ did not err in finding that Plaintiff's impairments, either singly or in combination, did not meet or medically equal the severity of one of the listed impairments. (R&R 11–14, ECF No. 10.) The R&R further explains that the record supports the ALJ's conclusions regarding Plaintiff's Residual Functional Capacity, indicating Plaintiff can perform a full range of work with additional, non-exertional limitations. (R&R 17–20.) No objections to the R&R have been filed and the time to do so has expired.

Finding no error, the Court:

(1)     ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 10);

(2)     The Court DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 6);

(3)     The Court GRANTS Defendant's Motion for Summary Judgment, (ECF No. 8);

(4) The Court AFFIRMS the final decision of the Commissioner; and,

(5) The Court directs the Clerk to CLOSE this case.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: August 5, 2020
Richmond, Virginia